BLASER's AUTO SALES, INC., Plaintiff-Appellant, *v.* AMERICAN MOTORS SALES CORPORATION *et al.,* Defendants-Appellees.

(No. 74-192;

Third District—August 28, 1975.

Opinion by Mr. JUSTICE CRAVEN.

Joseph R. Rosborough, of Moline, for appellant.

Dennis Fox, of Moline, for appellees.